[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 04-11308

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 29, 2005
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-80238-CV-KLR

POWERSPORTS, INC., a Florida corporation,

Plaintiff-Appellant,

versus

ROYAL SUNALLIANCE INSURANCE CO,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(April 29, 2005)

Before BLACK, MARCUS and FAY, Circuit Judges.

PER CURIAM:

**AFFIRMED.** <u>See</u> 11th Cir. R. 36-1.[1]

---

[1] 11th Cir. R. 36-1 provides:

When the court determines that any of the following circumstances exist:

    (a)   judgment of the district court is based on findings of fact that are not clearly erroneous;

    (b)   the evidence in support of a jury verdict is sufficient;

    (c)   the order of an administrative agency is supported by substantial evidence on the record as a whole;

    (d)   summary judgment, directed verdict, or judgment on the pleadings is supported by the record;

    (e)   judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.